# IN THE SUPREME COURT OF THE STATE OF DELAWARE

ASHLEY WYRE,

    Defendant Below,
    Appellant,

v.

STATE OF DELAWARE,

    Plaintiff Below,
    Appellee.

§
§
§
§
§
§
§
§
§
§
§
§

No. 132, 2015

Court Below - Superior Court of the State of Delaware in and for Sussex County

Cr. No. ID. 1209017746

Submitted: September 30, 2015
Decided: October 2, 2015

Before **STRINE**, Chief Justice, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 2ⁿᵈ day of October 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated March 12, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice